UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESPERANZA GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | No. 2:20-cv-07392-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 29), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,100.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 13, 2021

_____
JOHN D. EARLY
United States Magistrate Judge